IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BRANDON WARE, Individually and on Behalf of All Others Similarly Situated** | | **PLAINTIFF** |
| vs. | No. 1:20-cv-7071-RWG | |
| **SHAKE SHACK ENTERPRISES, LLC** | | **DEFENDANT** |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT

The Court, having considered Plaintiffs' and Defendant's Joint Motion for Approval of FLSA Collective Action Settlement [52] and having considered the Parties' settlement agreement and having found that bona fide disputes exist, is of the opinion that the motion should be GRANTED. It is therefore

**ORDERED** that the settlement agreement between the Plaintiff and Defendant is hereby approved as a fair and reasonable resolution of the Parties' bona fide disputes. It is further **ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiffs are hereby dismissed with prejudice. Civil case terminated.

SIGNED and ENTERED this 18th day of January, 2022.

*[signature]*
**HONORABLE ROBERT W. GETTLEMAN**
**UNITED STATES DISTRICT JUDGE**